UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

JOHN R. WALCOTT, FRANK
MAISANO, and MARY E. BISHOP

    Plaintiffs,

    v.

WTC CAPTIVE INSURANCE
COMPANY, INC.; CHRISTINE
LASALA; THE HONORABLE
MICHAEL BLOOMBERG; MARSH
MANAGEMENT SERVICES, INC.;
GAB ROBINS; MARK PAGE; LEWIS
FINKELMAN; JEFFREY
FRIEDLANDER; MEREDITH JONES;
MARK MELSON; JAMES
SCHOENBECK; and KENNETH
BECKER, ESQUIRE,

    Defendants.

------------------------------------------------------- x

Judge Hellerstein

Civ. Action No. 07 CIV 7072



## STATEMENT PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant WTC Captive Insurance Company, Inc. ("WTC") in the above-captioned matter certifies that WTC does not have any corporate parents, and that there are no publicly

held corporations (neither domestic nor foreign) that own 10% or more of its stock.

Dated: New York, New York
August 8, 2007

                                        McDERMOTT WILL & EMERY LLP

                                  By: /s/ Robert A. Weiner
                                        Robert A. Weiner (RW 3381)

                                        340 Madison Avenue
                                        New York, New York  10173-1922
                                        (212) 547-5400
                                        (212) 547-5444 fax

                                        *Attorneys for Defendant*
                                        WTC Captive Insurance Company, Inc.