UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x
JOHN R. WALCOTT, FRANK              :
MAISANO, and MARY E. BISHOP         :
                                    :
          Plaintiffs,               :       Civ. Action No. *07 CIV 7072*
                                    :
     v.                             :
                                    :
WTC CAPTIVE INSURANCE               :
COMPANY, INC.; CHRISTINE            :
LASALA; THE HONORABLE               :
MICHAEL BLOOMBERG; MARSH            :       NOTICE OF
MANAGEMENT SERVICES, INC.;          :       CONSENT TO REMOVAL
GAB ROBINS; MARK PAGE; LEWIS        :
FINKELMAN; JEFFREY                  :
FRIEDLANDER; MEREDITH JONES;        :
MARK MELSON; JAMES                  :
SCHOENBECK; and KENNETH             :
BECKER, ESQUIRE,                    :
                                    :
          Defendants.               :
------------------------------------------------ x

Each of the undersigned Defendants and/or persons, without waiving and specifically reserving any and all defenses, objections, exceptions, and motions, whether directed to the allegations in the complaint, lack of or improper service of process, jurisdiction, or any other issues, consent to the removal of the above-captioned action from the Supreme Court of the State of New York, County of New York, to this Court.

THE HONORABLE MICHAEL BLOOMBERG

By: _____

Its: _____


MARSH MANAGEMENT SERVICES, INC.

By: _____

Its: _____


GAB ROBINS NORTH AMERICA, INC.

By: _____

Its: _____


ANDREW ALPER

By: _____

Its: _____


PHYLLIS TAYLOR

By: *Phyls Oly* (Consent to Remand)

Its: _____


MICHAEL FEIGIN

By: _____

Its: _____