<u>07Civ.7072(AKH)</u>

<u>CERTIFICATE OF SERVICE</u>

Robert J. Candella, pursuant to 28 USC 1746, hereby declares under penalty of perjury, that on the 8th day of August, 2007, I served the Notice of Removal with a copy of the Complaint and Consent to Removal attached, and Index Number Indicated thereon; a filed stamped copy of the Civil Cover Sheet; and a filed stamped copy of the Statement Pursuant to FRCP 7.1 upon plaintiff's counsel, M.J. Bern, Esq., Worby Groner & Napoli Bern LLP, 115 Broadway, 12th Floor, New York, New York 10006, by Federal Express – Tracking Number #7913-6205-2718.

Robert J. Candella