DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 360-1100
Michael O. Adelman (MA-3920)
Attorneys for Defendant
GAB Robins North America, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN R. WALCOTT, FRANK MAISANO and MARY E. BISHOP,<br><br>   Plaintiffs,<br><br>v.<br><br>WTC CAPTIVE INSURANCE COMPANY, INC.; CHRISTINE LASALA; THE HONORABLE MICHAEL BLOOMBERG; MARSH MANAGEMENT SERVICES, INC.; GAB ROBINS NORTH AMERICA, INC.; MARK PAGE; LEWIS FINKELMAN; JEFFREY FRIEDLANDER; MEREDITH JONES; MARK MELSON; JAMES SCHOENBECK; and KENNETH BECKER, ESQUIRE,<br><br>   Defendants. | Case No. 1:2007-CV-7072 (AKH)<br><br>Electronically Filed |

**CERTIFICATION OF SERVICE**

I, Jack N. Frost, Jr. hereby certify that on August 15, 2007, I caused the Notice of Motion and Memorandum of Law to be electronically filed with the Clerk of the United States District Court for the Southern District of New York. A courtesy copy of the above documents were sent to the Chambers of the Honorable Alvin K. Hellerstein, as per Judge Hellerstein's Individual Rules.

I further certify that the above documents were served via ECF upon the following parties:

>Terri Feinstein Sasanow
>Corporation Counsel of the City of New York
>100 Church Street
>New York, New York 10007
>*Attorneys for Defendant Michael Bloomberg*
>*Co-Counsel for Defendants Mark Page, Lewis Finkelman, Jeffrey Friedlander, Meredith Jones and Kenneth Becker*

>Robert A. Weiner
>McDERMOTT WILL & EMERY LLP
>340 Madison Avenue
>New York, NY 10173-1922
>*Attorneys for Defendants WTC Captive Insurance Company, Inc.; Christine LaSala; Mark Melson; and James Schoenbeck*
>*Co-Counsel for Defendants Mark Page, Lewis Finkelman, Jeffrey Friedlander, Meredith Jones, and Kenneth Becker*

I further certify that on August 15, 2008, I caused the above documents to be delivered via overnight mail to:

>Marc Jay Bern, Esq.
>Worby Groner & Napoli Bern, LLP
>115 Broadway, 12th Floor
>New York, NY 10006
>*Attorneys for Plaintiffs*

I certify, pursuant to 28 U.S.C. § 1746(b), under penalty of perjury under the laws of the United States of America that the foregoing statements by me are true and correct.



_____
N. Frost, Jr.

Dated: August 16, 2007