ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

JOHN R. WALCOTT, FRANK MAISANO, and MARY E. BISHOP,

        Plaintiff,

  -against-

WTC CAPTIVE INSURANCE COMPANY, INC., CHRISTINE LASALA; THE HONORABLE MICHAEL BLOOMBERG; MARSH MANAGEMENT SERVICES, INC.; GAB ROBINS NORTH AMERICA, INC.; MARK PAGE; LEWIS FINKELMAN; JEFFREY FRIEDLANDER; MEREDITH JONES; MARK MELSON; JAMES SCHOENBECK; and KENNETH BECKER, ESQUIRE,

        Defendants.

------------------------------------- X

INDEX NO. 07 Civ. 7072 (AKH)

MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robert A. Weiner, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:    William P. Schuman
    Firm Name:    McDermott Will & Emery LLP
    Address:    227 West Monroe Street
    City/State/Zip:    Chicago, IL 60606-5096
    Phone Number:    312-372-2000
    Fax Number:    312-984-7700

William P. Schuman is a member in good standing of the Bar of the State of Illinois.

There are no pending disciplinary proceedings against William P. Schuman in any State of Federal court.

*Robert A. Weiner*

Robert A. Weiner (RW-3381)
McDermott Will & Emery, LLP
340 Madison Avenue
New York, New York 10173
(212) 547-5400

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

William Paul Schuman

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 5, 1979 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Thursday, August 09, 2007.

*Juleann Hornyak*

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
JOHN R. WALCOTT, FRANK MAISANO, :
and MARY E. BISHOP,
                                      :
        Plaintiff,
                                      :
    -against-
                                      :
WTC CAPTIVE INSURANCE COMPANY,        :   INDEX NO. 07 Civ. 7072 (AKH)
INC., CHRISTINE LASALA; THE
HONORABLE MICHAEL BLOOMBERG;          :
MARSH MANAGEMENT SERVICES, INC.;      :   AFFIDAVIT OF ROBERT
GAB ROBINS NORTH AMERICA, INC.;           A. WEINER IN SUPPORT
MARK PAGE; LEWIS FINKELMAN;           :   OF MOTION FOR ADMISSION
JEFFREY FRIEDLANDER; MEREDITH             TO ADMIT COUNSEL
JONES; MARK MELSON; JAMES             :   PRO HAC VICE
SCHOENBECK; and KENNETH BECKER,
ESQUIRE,                              :

        Defendants.                   :

                                      :
------------------------------------- X

ROBERT A. WEINER, under penalty of perjury deposes and says:

    1.    I am a member of the law firm of McDermott Will & Emery LLP, attorneys

herein for plaintiff WTC Captive Insurance Company, Inc. I am familiar with the proceedings

in this case. I make this statement based on my personal knowledge of the facts set forth herein

and in support of Plaintiff's motion to admit William P. Schuman as counsel pro hac vice to

represent Plaintiff in this matter.

    2.    I am a member in good standing of the Bar of the State of New York, having been

admitted to practice before that bar on March 26, 1972. I am also admitted to the bar of the

United States District Court for the Southern District of New York, and am in good standing

with this Court.

3.  I have known William P. Schuman since the early 1990s.

4.  Mr. Schuman is a member of the law firm of McDermott Will & Emery LLP.

5.  I have found Mr. Schuman to be a skilled attorney and a person of high integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of William P. Schuman, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of William P. Schuman, pro hac vice, to which is attached hereto as Exhibit A.

                                                               */s/ Robert A. Weiner*
                                                                Robert A. Weiner

Sworn to before me this 23rd
Day of August, 2007

_____
Notary Public

BONNIE SHEILA SCHWAB
Notary Public, State of New York
No. 01SC6101264
Qualified in New York County
Commission Expires 11/10/2007

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
JOHN R. WALCOTT, FRANK MAISANO, :
and MARY E. BISHOP,
                                                     :

       Plaintiff,

                                                    :

  -against-

                                                    :

WTC CAPTIVE INSURANCE COMPANY,    INDEX NO. 07 Civ. 7072 (AKH)
INC., CHRISTINE LASALA; THE
HONORABLE MICHAEL BLOOMBERG;   :
MARSH MANAGEMENT SERVICES, INC.;
GAB ROBINS NORTH AMERICA, INC.;
MARK PAGE; LEWIS FINKELMAN;
JEFFREY FRIEDLANDER; MEREDITH   :  ORDER FOR ADMISSION
JONES; MARK MELSON; JAMES               PRO HAC VICE ON
SCHOENBECK; and KENNETH BECKER,   WRITTEN MOTION
ESQUIRE,
                                                    :

       Defendants.
                                                    :

                                                    :
------------------------------------ X

Upon the motion of Robert A. Weiner, attorney for WTC Captive Insurance Company, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | William P. Schuman |
| Firm Name: | McDermott Will & Emery LLP |
| Address: | 227 West Monroe Street |
| City/State/Zip: | Chicago, IL 60606-5096 |
| Phone Number: | 312-372-2000 |
| Fax Number: | 312-984-7700 |

is admitted to practice pro hac vice as counsel for WTC Captive Insurance Company, Inc. in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:

City, State:

_____<br>Judge Alvin K. Hellerstein

## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C. §1746 that on August 24, 2007 I caused to be served upon the parties listed below by first class mail true and correct copies of the accompanying Motion to Admit Counsel Pro Hac Vice, Affidavit of Robert A. Weiner in Support of Motion for Admission to Admit Counsel Pro Hac Vice, and Proposed Order.

>Marc Jay Bern
>WORBY GRONER & NAPOLI BERN, LLP
>115 Broadway, 12th Floor
>New York, NY 10006
>
>Teri F. Sasanow
>OFFICE OF THE CORPORATION COUNSEL
>100 Church Street
>New York, NY 10007
>
>Michael O. Adelman
>DRINKER BIDDLE & REATH, LLP
>500 Campus Drive
>Florham Park, NJ 07932-1047

Dated: New York, New York
August 24, 2007

Bonnie S. Schwab