UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

------------------------------------- X
JOHN R. WALCOTT, FRANK MAISANO,   :
and MARY E. BISHOP,

        Plaintiff,

    -against-

WTC CAPTIVE INSURANCE COMPANY,
INC., CHRISTINE LASALA; THE
HONORABLE MICHAEL BLOOMBERG;
MARSH MANAGEMENT SERVICES, INC.;
GAB ROBINS NORTH AMERICA, INC.;
MARK PAGE; LEWIS FINKELMAN;
JEFFREY FRIEDLANDER; MEREDITH
JONES; MARK MELSON; JAMES
SCHOENBECK; and KENNETH BECKER,
ESQUIRE,

        Defendants.

------------------------------------- X

INDEX NO. 07 Civ. 7072 (AKH)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

AUG 2 7 2007

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robert A. Weiner, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Margaret H. Warner |
| Firm Name: | McDermott Will & Emery LLP |
| Address: | 600 13th St., NW |
| City/State/Zip: | Washington, DC 20005 |
| Phone Number: | 202-756-8000 |
| Fax Number: | 202-756-8087 |

NYK 1117786-1.072210.0011

Margaret H. Warner is a member in good standing of the Bar of the District of Columbia.

There are no pending disciplinary proceedings against Margaret H. Warner in any State of Federal court.

*[signature]*

Robert A. Weiner (RW-3381)
McDermott Will & Emery, LLP
340 Madison Avenue
New York, New York 10173
(212) 547-5400



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**MARGARET HANLEY WARNER**

was on the 18TH day of DECEMBER, 1981 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 10, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
       Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
JOHN R. WALCOTT, FRANK MAISANO,    :
and MARY E. BISHOP,
                                   :
       Plaintiff,
                                   :
  -against-
                                   :
WTC CAPTIVE INSURANCE COMPANY,     :  INDEX NO. 07 Civ. 7072 (AKH)
INC., CHRISTINE LASALA; THE
HONORABLE MICHAEL BLOOMBERG;       :
MARSH MANAGEMENT SERVICES, INC.;      AFFIDAVIT OF ROBERT
GAB ROBINS NORTH AMERICA, INC.;    :  A. WEINER IN SUPPORT
MARK PAGE; LEWIS FINKELMAN;           OF MOTION FOR ADMISSION
JEFFREY FRIEDLANDER; MEREDITH      :  TO ADMIT COUNSEL
JONES; MARK MELSON; JAMES             PRO HAC VICE
SCHOENBECK; and KENNETH BECKER,    :
ESQUIRE,
                                   :
       Defendants.
                                   :

                                   :
---------------------------------------- X

ROBERT A. WEINER, under penalty of perjury deposes and says:

    1.    I am a member of the law firm of McDermott Will & Emery LLP, attorneys herein for plaintiff WTC Captive Insurance Company, Inc. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Margaret H. Warner as counsel pro hac vice to represent Plaintiff in this matter.

    2.    I am a member in good standing of the Bar of the State of New York, having been admitted to practice before that bar on March 26, 1972. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Margaret H. Warner since July 2000.

4. Ms. Warner is a member of the law firm of McDermott Will & Emery LLP.

5. I have found Ms. Warner to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Margaret H. Warner, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Margaret H. Warner, pro hac vice, to which is attached hereto as Exhibit A.

                                                              Robert A. Weiner

Sworn to before me this
23rd day of August, 2007

Notary Public

BONNIE SHEILA SCHWAB
Notary Public, State of New York
No. 01SC6101264
Qualified in New York County
Commission Expires 11/10/2007

-2-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
JOHN R. WALCOTT, FRANK MAISANO, :
and MARY E. BISHOP,
                                     :

     Plaintiff,

  -against-

WTC CAPTIVE INSURANCE COMPANY,  :  INDEX NO. 07 Civ. 7072 (AKH)
INC., CHRISTINE LASALA; THE
HONORABLE MICHAEL BLOOMBERG;
MARSH MANAGEMENT SERVICES, INC.;
GAB ROBINS NORTH AMERICA, INC.;
MARK PAGE; LEWIS FINKELMAN;
JEFFREY FRIEDLANDER; MEREDITH  :  ORDER FOR ADMISSION
JONES; MARK MELSON; JAMES                PRO HAC VICE ON
SCHOENBECK; and KENNETH BECKER,     WRITTEN MOTION
ESQUIRE,

     Defendants.

------------------------------------ X

Upon the motion of Robert A. Weiner, attorney for WTC Captive Insurance Company, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Margaret H. Warner
    Firm Name:    McDermott Will & Emery LLP
    Address:    600 13th St., NW
    City/State/Zip:    Washington, DC 20005
    Phone Number:    202-756-8000
    Fax Number:    202-756-8087

is admitted to practice pro hac vice as counsel for WTC Captive Insurance Company, Inc. in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:

City, State:

_____

Judge Alvin K. Hellerstein

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury pursuant to 28 U.S.C. §1746 that on August 24, 2007 I caused to be served upon the parties listed below by first class mail true and correct copies of the accompanying Motion to Admit Counsel Pro Hac Vice, Affidavit of Robert A. Weiner in Support of Motion for Admission to Admit Counsel Pro Hac Vice, and Proposed Order.

    Marc Jay Bern
    WORBY GRONER & NAPOLI BERN, LLP
    115 Broadway, 12th Floor
    New York, NY 10006

    Teri F. Sasanow
    OFFICE OF THE CORPORATION COUNSEL
    100 Church Street
    New York, NY 10007

    Michael O. Adelman
    DRINKER BIDDLE & REATH, LLP
    500 Campus Drive
    Florham Park, NJ 07932-1047

Dated: New York, New York
       August 24, 2007

                                              Bonnie S. Schwab