UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
JOHN R. WALCOTT, FRANK MAISANO,
and MARY E. BISHOP,

        Plaintiff,

  -against-

WTC CAPTIVE INSURANCE COMPANY, INC., CHRISTINE LASALA; THE HONORABLE MICHAEL BLOOMBERG; MARSH MANAGEMENT SERVICES, INC.; GAB ROBINS NORTH AMERICA, INC.; MARK PAGE; LEWIS FINKELMAN; JEFFREY FRIEDLANDER; MEREDITH JONES; MARK MELSON; JAMES SCHOENBECK; and KENNETH BECKER, ESQUIRE,

        Defendants.

------------------------------------- X

INDEX NO. 07 Civ. 7072 (AKH)

ORDER FOR ADMISSION
PRO HAC VICE ON
WRITTEN MOTION

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 9/6/07]

Upon the motion of Robert A. Weiner, attorney for WTC Captive Insurance Company, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    William P. Schuman
    Firm Name:    McDermott Will & Emery LLP
    Address:    227 West Monroe Street
    City/State/Zip:    Chicago, IL 60606-5096
    Phone Number:    312-372-2000
    Fax Number:    312-984-7700

is admitted to practice pro hac vice as counsel for WTC Captive Insurance Company, Inc. in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 9-5-07
City, State: N.Y.

Judge Alvin K. Hellerstein