UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
JOHN R. WALCOTT, FRANK MAISANO, :
and MARY E. BISHOP,

      Plaintiff, :

  -against- :

WTC CAPTIVE INSURANCE COMPANY, : INDEX NO. 07 Civ. 7072 (AKH)
INC., CHRISTINE LASALA; THE
HONORABLE MICHAEL BLOOMBERG; :
MARSH MANAGEMENT SERVICES, INC.; :
GAB ROBINS NORTH AMERICA, INC.;
MARK PAGE; LEWIS FINKELMAN;
JEFFREY FRIEDLANDER; MEREDITH : ORDER FOR ADMISSION
JONES; MARK MELSON; JAMES    PRO HAC VICE ON
SCHOENBECK; and KENNETH BECKER, : WRITTEN MOTION
ESQUIRE,

      Defendants. :

:
------------------------------------- X



Upon the motion of Robert A. Weiner, attorney for WTC Captive Insurance Company, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Margaret H. Warner |
| Firm Name: | McDermott Will & Emery LLP |
| Address: | 600 13th St., NW |
| City/State/Zip: | Washington, DC 20005 |
| Phone Number: | 202-756-8000 |
| Fax Number: | 202-756-8087 |

is admitted to practice pro hac vice as counsel for WTC Captive Insurance Company, Inc. in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 9/5/07
City, State: NY

Judge Alvin K. Hellerstein