UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
JOHN R. WALCOTT, FRANK        :
MAISANO, and MARY E. BISHOP,   :
                                    :
      Plaintiffs,              :       07 CIV 7072 (AKH)
                                      :
         v.                  :
                                      :
WTC CAPTIVE INSURANCE        :
COMPANY, INC.; CHRISTINE       :
LASALA; THE HONORABLE        :
MICHAEL BLOOMBERG; MARSH   :
MANAGEMENT SERVICES, INC.;   :
GAB ROBINS NORTH AMERICA,  :
INC.; MARK PAGE; LEWIS        :
FINKELMAN; JEFFREY           :
FRIEDLANDER; MEREDITH JONES; :
MARK MELSON; JAMES         :
SCHOENBECK; and KENNETH    :
BECKER, ESQUIRE,            :
                                      :
      Defendants.           :
------------------------------------------------- x

## NOTICE OF MOTION

Please take notice that the undersigned, attorneys for Marsh Management Services, Inc.

("Marsh"), will move this Court, before the Honorable Alvin K. Hellerstein, at Room 140 of the

United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to

be set by the Court, for an order dismissing the Complaint pursuant to Federal Rule of Civil

Procedure 12(b)(6), on the ground that it fails to state a claim upon which relief may be granted.

3913426.1

Dated:  New York, New York
        September 11, 2007

WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY  10019
(212) 728-8000

By: _____
    Mitchell J. Auslander (MJA-1224)
    (A Member of the Firm)

*Attorneys for Defendant*
*Marsh Management Services, Inc.*

- 2 -