UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
JOHN R. WALCOTT, FRANK                           :
MAISANO, and MARY E. BISHOP,                     :
                                                 :
    Plaintiffs,                                 :      07 CIV 7072 (AKH)
                                                 :
    v.                                           :
                                                 :
WTC CAPTIVE INSURANCE                            :
COMPANY, INC.; CHRISTINE                         :
LASALA; THE HONORABLE                            :
MICHAEL BLOOMBERG; MARSH                         :
MANAGEMENT SERVICES, INC.;                       :
GAB ROBINS NORTH AMERICA,                        :
INC.; MARK PAGE; LEWIS                           :
FINKELMAN; JEFFREY                               :
FRIEDLANDER; MEREDITH JONES;                     :
MARK MELSON; JAMES                               :
SCHOENBECK; and KENNETH                          :
BECKER, ESQUIRE,                                 :
                                                 :
    Defendants.                                  :
------------------------------------------------- x

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Marsh Management Services, Inc. states that Defendant Marsh Management Services, Inc. is a corporation established under the laws of New York. Marsh Management Services, Inc. is wholly-owned by Marsh USA, Inc., a Delaware corporation. Marsh USA, Inc. is wholly-owned by Marsh, Inc., a Delaware corporation. Marsh, Inc. is wholly-owned by Marsh McLennan Companies, Inc., a Delaware corporation.

3912852.1

Dated:  New York, New York
        September 11, 2007

                    WILLKIE FARR & GALLAGHER LLP
                    787 Seventh Avenue
                    New York, NY  10019
                    (212) 728-8000

By: _____
       Mitchell J. Auslander (MJA-1224)
       (A Member of the Firm)

*Attorneys for Defendant*
*Marsh Management Services, Inc.*

- 2 -