```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/12/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN R. WALCOTT, FRANK MAISANO and MARY      Index No.: 07 CV 7072 (AKH)
E. BISHOP,

              Plaintiffs,

-against-

WTC CAPTIVE INSURANCE COMPANY, INC.;          **STIPULATION**
CHRISTINE LASALA; THE HONORABLE MICHAEL
BLOOMBERG; MARSH MANAGEMENT SERVICES,
INC.; GAB ROBBINS; MARC PAGE; LEWIS
FINKLESTEIN; JEFFERY FRIENDLANDER;
MEREDITH JONES; MARK MELSON; JAMES
SCHOENBECK; and KENNETH BECKER, ESQUIRE,

              Defendants.
------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, that the time for plaintiffs to serve and file their Opposition papers in response to undersigned defendants' motions to dismiss, shall be and hereby is enlarged until Wednesday, September 19, 2007; undersigned defendants' Reply papers, if any, shall be served and filed on or before October 3, 2007, with the hearing date, if any, to be set by the Court.

Dated: New York, New York
       September 6, 2007

WORBY GRONER & NAPOLI BERN, LLP

*Attorneys for Plaintiffs*

/s/ Denise A. Rubin

Denise A. Rubin (DR-5591)
115 Broadway, 12th Floor
New York, New York 10006
(212) 267-3700


MICHAEL CARDOZO ESQ.,
CORPORATION COUNSEL OF THE CITY OF NY

*Attorney for Defendant Michael Bloomberg*

*Co-Counsel for Defendants MARK PAGE,
LEWIS FINKELMAN, JEFFREY
FRIEDLANDER, MEREDITH JONES, and
KENNETH BECKER*

/s/ Lawrence S. Kahn

Lawrence S. Kahn (LK-4078)
Terri Feinstein Sasanow (TS-5966)
100 Church Street
New York, New York 10007


DEFENDANT MARSH MANAGEMENT
SERVICES, INC.
300 Broadhollow Road
Melville, New York 11747
*has not yet appeared by counsel*


McDERMOTT WILL & EMERY, LLP

*Attorneys for Defendants WTC CAPTIVE
INSURANCE COMPANY, INC., CHRISTINE
LASALA, MARK MELSON, and JAMES
SCHOENBECK*

*Co-Counsel for Defendants MARK PAGE,
LEWIS FINKELMAN, JEFFREY
FRIEDLANDER, MEREDITH JONES, and
KENNETH BECKER*

/s/ Margaret Warner

Margaret Warner (MW-4644)*
Robert Weiner (RW-3381)
340 Madison Avenue
New York, NY 10173-1922
(212) 547-5400

*admitted pro hac vice


DRINKER BIDDLE & REATH, LLP

*Attys for Def. GAB Robins North America, Inc.
s/h/a "GAB Robins"*

/s/ Michael O. Adelman

Michael O. Adelman (MA-3920)
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7338


SO ORDERED: 9-12-07

/s/ Alvin K. Hellerstein

HON. ALVIN K. HELLERSTEIN