UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN R. WALCOTT, FRANK MAISANO and MARY
E. BISHOP,

                                                    Docket No.: 07-CV-7072 (AKH)

                       Plaintiffs,

    -against-

WTC CAPTIVE INSURANCE COMPANY, INC.;
CHRISTINE LASALA; THE HONORABLE MICHAEL
BLOOMBERG; MARSH MANAGEMENT SERVICES,    DECLARATION OF SERVICE
INC.; GAB ROBBINS; MARC PAGE; LEWIS
FINKLESTEIN; JEFFERY FRIEDLANDER;
MEREDITH JONES; MARK MELSON; JAMES
SCHOENBECK; and KENNETH BECKER, ESQUIRE,

                     Defendants.
-----------------------------------------------------------------X

     DENISE A. RUBIN an attorney duly licensed to practice before the Courts of the State of New York and before this Honorable Court, hereby declares under penalty of perjury that on September 19, 2007, I served via e-mail transmission the Plaintiffs' Opposition to the Defendants' Motions to Dismiss, including (1) Declaration of Denise A. Rubin; (2) Exhibits A and B1-B30; (3) Plaintiffs' Memorandum of Law in Opposition to the Defendants' Motions to Dismiss, upon the following persons at the e-mail addresses provided for service of such papers:

Jack N. Frost, Jr. Jr.
500 Campus Drive
Florham Park, New Jersey 07932-1047
Jack.Frost@dbr.com

Michael O. Adelman
Drinker Biddle & Reath, LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
Michael.Adelman@dbr.com

Terri Feinstein Sasanow
c/o Michael A. Cardozo
Corporation Counsel of the City of New York
100 Church Street, Room 3-115
New York, New York 10007
tsasanow@law.nyc.gov

Margaret Warner
McDermott Will & Emery, LLP
340 Madison Avenue
New York, NY 10173-1922
mwarner@mwe.com

Robert A. Weiner
McDermott Will & Emery, LLP
340 Madison Avenue
New York, New York 10173-1922
rweiner@mwe.com

_____
Denise A. Rubin  (DR5591)