UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN R. WALCOTT, FRANK MAISANO and MARY
E. BISHOP,
                                       Docket No.: 07-CV-7072 (AKH)
                Plaintiffs,

  -against-
                                       *AMENDED*
WTC CAPTIVE INSURANCE COMPANY, INC.; et al.,  DECLARATION OF SERVICE

                Defendants.
-----------------------------------------------------------------X

      DENISE A. RUBIN an attorney duly licensed to practice before the Courts of the State of New York and before this Honorable Court, hereby declares under penalty of perjury that on September 19, 2007, I served via e-mail transmission the Plaintiffs' Opposition to the Defendants' Motions to Dismiss, including (1) Declaration of Denise A. Rubin; (2) Exhibits A and B1-B30; (3) Plaintiffs' Memorandum of Law in Opposition to the Defendants' Motions to Dismiss, upon the following persons at the e-mail addresses provided for service of such papers:

| | |
|---|---|
| Jack N. Frost, Jr. Jr.<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Jack.Frost@dbr.com | Margaret Warner<br>McDermott Will & Emery, LLP<br>340 Madison Avenue<br>New York, NY 10173-1922<br>mwarner@mwe.com |
| Michael O. Adelman<br>Drinker Biddle & Reath, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Michael.Adelman@dbr.com | Robert A. Weiner<br>McDermott Will & Emery, LLP<br>340 Madison Avenue<br>New York, New York 10173-1922<br>rweiner@mwe.com |
| Terri Feinstein Sasanow<br>c/o Michael A. Cardozo<br>Corporation Counsel of the City of New York<br>100 Church Street, Room 3-115<br>New York, New York 10007<br>tsasanow@law.nyc.gov | Mitchell J. Auslander<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>mauslander@willkie.com |

                                                                 */s/ Denise A. Rubin*
                                                                 Denise A. Rubin (DR5591)